STATE OF MISSISSIPPI
IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

I, **VICKIE P. HARIEL**, Clerk of the Circuit Court of Pearl River County, Mississippi, do hereby certify that the above and foregoing constitutes a true and correct copy of **CAUSE NO. 2013-0212H** styled:

| | |
|---|---|
| **MARILYN FORTENBERRY** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 2013-0212H** |
| **WAL-MART STORES INC** | **DEFENDANT** |

CONTAINING:

11/21/13 COMPLAINT

as the same now appears on file in the Office of the Circuit Clerk of Pearl River County, Mississippi. And I further certify that said Circuit Court is a Court of Record with an official seal, and that I, as Clerk of said Circuit Court, am the custodian of the records and of the seal of said Court.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seal of this said Court, at the **CITY OF POPLARVILLE**, on this the 13TH DAY OF DECEMBER, in the year of Our LORD, Two Thousand Thirteen.

*Vickie Hariel by Michelle Bowman - DC*
CLERK OF THE CIRCUIT COURT OF
PEARL RIVER COUNTY, MISSISSIPPI

EXHIBIT A

IN THE CIRCUIT COURT OF PEARL RIVER COUNTY

STATE OF MISSISSIPPI

MARILYN FORTENBERRY     *FILED*     PLAINTIFF

VERSUS     NOV 2 1 2013     CAUSE NO. 2013-0212 H

VICKIE R. HARIEL, CLERK

WAL-MART STORES, INC.     DEFENDANT

## COMPLAINT

The Complaint of Marilyn Fortenberry, a person of the full age of majority and a resident of the County of Pearl River, respectfully represents:

**1.**

Defendant, Wal-Mart Stores, Inc., is a foreign corporation authorized to do and doing business in the County of Pearl River; and at all times mentioned herein was the owner and operator of the Wal-Mart store located in Picayune, MS.

**2.**

On or about February 2, 2013 complainant, Marilyn Fortenberry, was a customer at the Wal-Mart store located in Picayune, MS, County of Pearl River. As complainant was walking in the garden center suddenly and without warning she collided with an unmarked protruding piece of lumbar.

**3.**

Complainant avers that the proximate cause of this accident was the negligence of the defendant, Wal-Mart Stores, Inc., its agent, employees and representatives, in the following regards:

(a)     Failing to mark this protruding lumbar so customers, such as

    complainant, would not walk into it;

(b) Failing to warn customers, such as complainant, of this dangerous area;

(c) Failing to regularly inspect and correct any deficiencies to its garden center;

(d) Failing to notice the imminence of an accident and taking steps to avoid same;

(e) Any and all acts of negligence which may be proven at a trial on the merits.

### 4.

As a result of this accident complainant, Marilyn Fortenberry, sustained a serious right lower extremity injury for which she has received treatment, including two (2) surgeries, by several healthcare providers. In addition to her physical injuries complainant has also sustained medical expenses, mental anguish, lost earnings/earning capacity/employment benefits and a diminishment in her capacity to enjoy life as a result of this accident.

### 5.

Complainant itemizes her damages as follows:

(a) Physical Pain and Suffering
Past, Present and Future     $ 100,000.00

(b) Mental Anguish
Past, Present and Future     25,000.00

(c) Medicals
Past, Present and Future     55,000.00

(d) Lost Earnings/Earning Capacity/
Employment Benefits     5,000.00

|     |                                                        |            |
|-----|--------------------------------------------------------|------------|
| (e) | Loss of Enjoyment of Life Past, Present and Future     | 50,000.00  |
|     | Total:                                                 | $235,000.00|

**WHEREFORE**, complainant prays that the defendant be served with a copy of this complaint and cited to answer same and that after all legal delays and due proceedings be had, there be judgment herein in favor of complainant, Marilyn Fortenberry, for the full and true sum of TWO HUNDRED THIRTY-FIVE THOUSAND AND NO/100 ($235,000.00) DOLLARS, together with applicable legal interest, and all costs of these proceedings, and against the defendant, Wal-Mart Stores, Inc.

Respectfully submitted,

*/s/ John B. Perry*

**JOHN B. PERRY**
**Mississippi Bar No. 4133**
103 Smart Place
Suite 1
Slidell, Louisiana 70458
Telephone  : (985) 639-0207
Facsimile   : (985) 639-1504
Attorney for Complainant,
   Marilyn Fortenberry

**PLEASE SERVE:**

**WAL-MART STORES, INC.**
**Through its agent for service of process:**
**C T CORPORATION SYSTEMS**
**645 Lakeland East Drive**
**Suite 101**
**Flowood, MS  39232**

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Revised 5/11/2000)

**Court Identification Docket Number:** 55 CI 2013
**Case Year:** 2013
**Docket Number:** 0212H

**Date:** 11/21/13

In the **Circuit** Court of **Pearl River** County
Short Style of Case: Marilyn Fortenberry v. Wal-Mart Stores, Inc.
Party Filing Initial Pleading: Type/Print Name: **John B. Perry, Esq.**   MS Bar No. **4133**

### PLAINTIFF
Individual: **Fortenberry, Marilyn**
Address of Plaintiff: 5412 Highway 43 N, Carriere, MS 39426

### DEFENDANT
Business: **Wal-Mart Stores, Inc.**

### Nature of Suit

**Torts-Personal Injury**
- [X] Negligence - General